JOHN C. BOLTE v. OPAL THEATRE, INC., and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

PHILIP ZWIRN, as Administrator, etc., of JOE JACOBS, Deceased, v. DOMINICK GALENTO, Also Known as TONY GALENTO.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

PAUL MEYER v. COURT SQUARE BUILDING, INC., and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Liquidation of LAWYERS MORTGAGE COMPANY. LEON LEIGHTON. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of LAWYERS MORTGAGE COMPANY. REORGANIZATION MANAGERS OF LAWYERS MORTGAGE COMPANY.— Motion for reargument denied, with ten dollars costs. Present — O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of GEORGE F. ADAMS and Others against BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK for an Order Pursuant to Article 78 of the Civil Practice Act.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DAVID FELD and JULIUS FELD v. WILLIAM H. MORSE and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ANNA PAVITT BOUDIN v. HARRY CLARREN. In the Matter of the Application of HARRY CLARREN to Compel Arbitration with ANNA PAVITT BOUDIN.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of SYLVIA EPSTEIN for an Order Pursuant to Article 78 of the Civil Practice Act to Compel and Enjoin the Performance of Certain Acts against BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of JEROME A. NEWMAN for an Order Pursuant to Article 78 of the Civil Practice Act against HENRY K. SMITH, as President of ADAMS EXPRESS COMPANY, and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ELEANOR G. RUSH v. CONTINENTAL BANK & TRUST CO. and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Townley, J., taking no part.

AMERICAN MINT CORPORATION v. EX-LAX, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.